Electronically FILED by Superior Court of California, County of Los Angeles on 01/16/2019 04:44 PM Sherri R. Carter, Executive Officer/Clerk of Court, by E. Salcido,Deputy Clerk
BC691786

**SUM-100**

# SUMMONS SECOND AMENDED COMPLAINT
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SCUBA MANIA, INC. dba BEACH CITIES SCUBA; ANTHONY FALZONE; JAMES GRUNDY; RANDY SMITH; JOHN MOSS; C & N LINS INC., dba CATALINA DIVERS SUPPLY, INC.; and DOES 1-100, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JASON LEE; individually and as personal representative of the Estate of Catherine Yi, deceased; and NANCY LEE, individually

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
Southwest District
825 Maple Avenue, Torrance, CA 90503

**CASE NUMBER:** *(Número del Caso):*
BC691786 c/w BC691641 (Lead)

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Richard A. Lesser, Esq.    (Bar # 59656)
Lesser & Associates, PLC
423 S. Pacific Coast Highway, Suite 206, Redondo Beach, CA 90277
Fax No.: (310) 372-7715
Phone No.: (310) 374-4808

**DATE:** 01/16/2019    Clerk, by  Sherri R. Carter Executive Officer / Clerk of Court  Deputy
*(Fecha)*                *(Secretario)*  Elizabeth Salcido    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☒ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
LexisNexis® Automated California Judicial Council Forms

EXHIBIT 1

Electronically FILED by Superior Court of California, County of Los Angeles on 01/16/2019 04:22 Sherri R. Carter, Executive Officer/Clerk of Court, by Elizabeth Salcido, Deputy Clerk

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| Francis S. Ryu, Esq.<br>Ryu Law Firm<br>915 Wilshire Boulevard, Suite 1775<br>Los Angeles, California 90017<br>ATTORNEY FOR (Name): Plaintiffs, Jason Lee and Nancy Lee | 176597<br>(323) 931-5270<br>FAX NO.:<br>(323) 931-5271 | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
COURTHOUSE ADDRESS:
825 Maple Avenue, Torrance, CA 90503
PLAINTIFF:
JASON LEE and NANCY LEE
DEFENDANT:
SCUBA MANIA, INC. dba BEACH CITIES SCUBA, et al.

**AMENDMENT TO COMPLAINT**
(Fictitious /Incorrect Name)

CASE NUMBER: BC691786 c/w BC691641 (Lead)

☒ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

FICTITIOUS NAME
DOE 2

and having discovered the true name of the defendant to be:
TRUE NAME
RIVIERA CHARTERS, LLC

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| 01/16/19 | Francis S. Ryu, Esq. | /s/ |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:
INCORRECT NAME

and having discovered the true name of the defendant to be:
TRUE NAME

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

**ORDER**

THE COURT ORDERS the amendment approved and filed.

Dated _____        Judicial Officer _____

LACIV 105 (Rev. 01/07)
LASC Approved 03-04

**AMENDMENT TO COMPLAINT**
(Fictitious / Incorrect Name)

Code Civ. Proc., §§ 471.5, 472, 473, 474

*LexisNexis® Automated California County Forms*


EXHIBIT 1

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| Richard A. Lesser, Esq.<br>Lesser & Associates, PLC<br>423 S. Pacific Coast Highway, Suite 206<br>Redondo Beach, CA 90277<br>ATTORNEY FOR (Name): Plaintiffs, Jason Lee and Nancy Lee | 59656<br>(310) 374-4808<br>FAX NO.:<br>(310) 372-7715 | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | | |
| COURTHOUSE ADDRESS:<br>825 Maple Avenue, Torrance, CA 90503 | | |
| PLAINTIFF:<br>JASON LEE and NANCY LEE | | |
| DEFENDANT:<br>SCUBA MANIA, INC. dba BEACH CITIES SCUBA, et al. | | |
| AMENDMENT TO COMPLAINT<br>(Fictitious /Incorrect Name) | CASE NUMBER:<br>BC691786 c/w BC691641 (Lead) | |

☒ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

FICTITIOUS NAME
DOE 3

and having discovered the true name of the defendant to be:

TRUE NAME
M/V RIVIERA

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| 01/18/19 | Richard A. Lesser, Esq. | /s/ |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

INCORRECT NAME

and having discovered the true name of the defendant to be:

TRUE NAME

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

## ORDER

THE COURT ORDERS the amendment approved and filed.

_____                    _____
Dated                                         Judicial Officer

LACIV 105 (Rev. 01/07)              **AMENDMENT TO COMPLAINT**              Code Civ. Proc., §§ 471.5,
LASC Approved 03-04                 (Fictitious / Incorrect Name)            472, 473, 474

*LexisNexis® Automated California County Forms*


EXHIBIT 1

Electronically FILED by Superior Court of California, County of Los Angeles on 01/16/2019 04:44 PM Sherri R. Carter, Executive Officer/Clerk of Court, by E. Salcido,Deputy Clerk
BC691786

**SUM-100**

# SUMMONS SECOND AMENDED COMPLAINT
## (CITACION JUDICIAL)

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SCUBA MANIA, INC. dba BEACH CITIES SCUBA; ANTHONY FALZONE; JAMES GRUNDY; RANDY SMITH; JOHN MOSS; C & N LINS INC., dba CATALINA DIVERS SUPPLY, INC.; and DOES 1-100, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JASON LEE; individually and as personal representative of the Estate of Catherine Yi, deceased; and NANCY LEE, individually

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
Southwest District
825 Maple Avenue, Torrance, CA 90503

CASE NUMBER:
*(Número del Caso):*
BC691786 c/w BC691641 (Lead)

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Richard A. Lesser, Esq.  (Bar # 59656)
Lesser & Associates, PLC
423 S. Pacific Coast Highway, Suite 206, Redondo Beach, CA 90277
Fax No.: (310) 372-7715
Phone No.: (310) 374-4808

DATE: 01/16/2019     Clerk, by Sherri R. Carter Executive Officer / Clerk of Court  Deputy
*(Fecha)*              *(Secretario)* Elizabeth Salcido          *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☒ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
LexisNexis® Automated California Judicial Council Forms

EXHIBIT 1

Electronically FILED by Superior Court of California, County of Los Angeles on 01/16/2019 04:22 Sherri R. Carter, Executive Officer/Clerk of Court, by Elizabeth Salcido, Deputy Clerk

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| Francis S. Ryu, Esq.<br>Ryu Law Firm<br>915 Wilshire Boulevard, Suite 1775<br>Los Angeles, California 90017 | 176597<br>(323) 931-5270<br>FAX NO.:<br>(323) 931-5271 | |
| ATTORNEY FOR (Name): Plaintiffs, Jason Lee and Nancy Lee | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
COURTHOUSE ADDRESS:
825 Maple Avenue, Torrance, CA 90503

PLAINTIFF:
JASON LEE and NANCY LEE

DEFENDANT:
SCUBA MANIA, INC. dba BEACH CITIES SCUBA, et al.

**AMENDMENT TO COMPLAINT**
(Fictitious /Incorrect Name)

CASE NUMBER:
BC691786 c/w BC691641 (Lead)

☒ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

FICTITIOUS NAME
DOE 2

and having discovered the true name of the defendant to be:

TRUE NAME
RIVIERA CHARTERS, LLC

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| 01/16/19 | Francis S. Ryu, Esq. | |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

INCORRECT NAME

and having discovered the true name of the defendant to be:

TRUE NAME

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

**ORDER**

THE COURT ORDERS the amendment approved and filed.

Dated _____  Judicial Officer _____

LACIV 106 (Rev. 01/07)
LASC Approved 03-04

**AMENDMENT TO COMPLAINT**
(Fictitious / Incorrect Name)

Code Civ. Proc., §§ 471.5,
472, 473, 474

*LexisNexis® Automated California County Forms*

EXHIBIT 1

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: Richard A. Lesser, Esq.<br>Lesser & Associates, PLC<br>423 S. Pacific Coast Highway, Suite 206<br>Redondo Beach, CA 90277<br>ATTORNEY FOR (Name): Plaintiffs, Jason Lee and Nancy Lee | STATE BAR NUMBER 59656<br>(310) 374-4808<br>FAX NO.: (310) 372-7715 | Reserved for Clerk's File Stamp |
|---|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>COURTHOUSE ADDRESS:<br>825 Maple Avenue, Torrance, CA 90503 | | |
| PLAINTIFF:<br>JASON LEE and NANCY LEE | | |
| DEFENDANT:<br>SCUBA MANIA, INC. dba BEACH CITIES SCUBA, et al. | | |
| AMENDMENT TO COMPLAINT<br>(Fictitious /Incorrect Name) | CASE NUMBER:<br>BC691786 c/w BC691641 (Lead) | |

☒ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

FICTITIOUS NAME
DOE 3

and having discovered the true name of the defendant to be:

TRUE NAME
M/V RIVIERA

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| 01/18/19 | Richard A. Lesser, Esq. | /s/ |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

INCORRECT NAME

and having discovered the true name of the defendant to be:

TRUE NAME

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

### ORDER

THE COURT ORDERS the amendment approved and filed.

_____          _____
Dated                                                                 Judicial Officer

LACIV 105 (Rev. 01/07)           **AMENDMENT TO COMPLAINT**           Code Civ. Proc., §§ 471.5,
LASC Approved 03-04              **(Fictitious / Incorrect Name)**                472, 473, 474

*LexisNexis® Automated California County Forms*



EXHIBIT 1

ectronically FILED by Superior Court of California, County of Los Angeles on 01/17/2019 01:26 PM Sherri R. Carter, Executive Officer/Clerk of Court, by K. Thomas, Deputy Clerk

RICHARD A. LESSER (SBN 59656)
LESSER & ASSOCIATES, PLC
Professional Law Corporation
423 S. Pacific Coast Highway, Suite 206
Redondo Beach, CA 90277
Telephone: (310) 374-4808
Facsimile: (310) 372-7715

FRANCIS S. RYU (SBN 176597)
MINDY S. BAE (SBN 301769)
RYU LAW FIRM
915 Wilshire Boulevard, Suite 1775
Los Angeles, California 90017
Telephone: (323) 931-5270
Facsimile: (323) 931-5271

Attorneys for Plaintiffs, JASON LEE and NANCY LEE

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES – TORRANCE COURTHOUSE

| | |
|---|---|
| JASON LEE, individually and as personal representative of the Estate of Catherine Yi, deceased, NANCY LEE, individually,<br><br>Plaintiff<br><br>v.<br><br>SCUBA MANIA, INC. dba BEACH CITIES SCUBA; ANTHONY FALZONE; JAMES GRUNDY; RANDY SMITH; JOHN MOSS; C & N LINS INC., dba CATALINA DIVERS SUPPLY, INC.; and DOES 1-100, Inclusive,<br><br>Defendants. | Case No.: BC691786 c/w BC691641 (Lead)<br><br>Assigned for All Purposes to:<br>Honorable Judge Ramona G. See<br>Dept.: M<br><br>**SECOND AMENDED COMPLAINT FOR WRONGFUL DEATH AND SURVIVAL DAMAGES UNDER GENERAL MARITIME LAW** |

COME NOW Plaintiff JASON LEE, individually and as personal representative of the Estate of Catherine Yi, deceased, and NANCY LEE, individually, who complain against Defendants, and each of them, and for causes of action allege as follows:

1

SECOND AMENDED COMPLAINT FOR WRONGFUL DEATH AND SURVIVAL DAMAGES

EXhibit 1

## BRIEF SUMMARY OF CASE

This case is a wrongful death action brought under General Maritime Law by the father of a newly-certified recreational diver who, due to her improper instruction, training, and ultimately, certification, died during her first unguided recreational dive. Plaintiffs bring this action against the dive shop and the instructors who trained and certified their daughter, the vessel she dove off during her inadequate training, and the rental facility which rented improper, insufficient, and/or poorly-maintained equipment on November 15, 2016, immediately prior to her death in the navigable waters adjacent to Catalina Island, California, County of Los Angeles.

## PARTIES

1. Plaintiff JASON LEE is a citizen and resident of the State of California. He was born on July 21, 1955 and is the father of Catherine Yi ("Decedent").

2. Plaintiff JASON LEE is one of the two surviving heirs of Decedent, with her mother NANCY LEE being the other.

3. Plaintiff JASON LEE has been appointed as the personal representative and administrator of the Estate of Decedent by Order of the Superior Court of the State of California, County of Los Angeles.

4. Plaintiff NANCY LEE, is a citizen and resident of Canada. She was born on March 15, 1957 and is the mother of Decedent.

5. The true names and capacities, whether individual, corporate, associate, or otherwise, of the Defendants named herein as DOES 4 through 100, inclusive, are unknown to Plaintiffs, who therefore sue said Defendants under such fictitious names under Section 474 of the *Code of Civil Procedure*. Plaintiffs will amend this Complaint to allege their true names and capacities when the same have been ascertained. Plaintiffs are informed and believe, and therefore allege, that each of the fictitiously named Defendants is responsible in some manner for the occurrences hereinafter alleged, and that Plaintiffs' damages as hereinafter set forth were proximately caused by said Defendants.

///
///

6. At all times material hereto, each Defendant was the agent and employee of every other co-Defendant, and in doing the things, acts, and omissions hereinafter more fully alleged, was acting within the scope and authority of said agency and employment, except as otherwise stated.

7. At all times herein alleged, Defendant SCUBA MANIA, INC. d/b/a BEACH CITIES SCUBA ("BEACH CITIES") was and is a corporation duly organized and existing under the laws of California, with its principal place of business in the City of Huntington Beach, County of Orange, California, and was and is doing business in this State.

8. At all times herein alleged, Defendant CATALINA DIVERS SUPPLY, LLC ("CDS") was and is a Limited Liability Company, organized under the laws of the State of California and with its principal place of business located in Avalon, California.

9. At all times herein alleged, Defendant ANTHONY FALZONE was and is an adult individual residing in the County of Orange, State of California.

10. At all times herein alleged, Defendant JAMES GRUNDY was and is an adult individual residing in the County of Orange, State of California.

11. At all times herein alleged, Defendant RANDY SMITH was and is an adult individual residing in the County of Orange, State of California.

12. At all times herein alleged, Defendant JOHN MOSS was and is an adult individual residing in the County of Orange, State of California.

13. At all times material hereto, Defendant DOE 2 (RIVIERA CHARTERS, LLC) owned, managed, manned, maintained, and operated as a vessel in navigation that certain 40-foot-long, Coast Guard-inspected passenger vessel commonly known as the *M/V RIVIERA* (named herein as "DOE 3").

14. In rem Defendant DOE 3 (*M/V RIVIERA*) is a passenger vessel engaged in commerce within the jurisdiction of this court. The *M/V RIVIERA*, her machinery, equipment, engines and appurtenances are now, and during the pendency of process hereunder will be, within the jurisdiction of this Court.

15. At all times material hereto, the *M/V RIVIERA* was afloat and operating upon the navigable waters of the United States and was then and there "transporting passengers" including

Decedent "between Ports in the United States" within the meaning of 46 U.S.C. §§ 30508 and 30509.

16. At all times material hereto, Decedent was a citizen and resident of the State of California, a "non-seafarer" regularly employed ashore, and a passenger aboard the *M/V RIVIERA* for the purpose of participating in SCUBA instruction, training, and certification.

17. At all times material hereto, the incident which forms the basis of the instant litigation occurred on navigable waters and is related to maritime activity, namely: recreational diving off a vessel at sea. At least one of the proximate causes of the incident originated in the maritime activity of one or more of the tortfeasor Defendants.

18. Thus, this action for wrongful death is authorized by and brought pursuant to federal general maritime law. (*Moragne v. States Marine Lines, Inc.*, 398 US 375, (1970) and *Sea-Land Svcs., Inc. v. Gaudet*, 414 U.S. 573 (1974).

19. Plaintiffs bring this action in this court pursuant to the "saving-to-suitors clause" in the Federal Judiciary Act of 1789, 28 U.S.C. § 1333(1).

**OPERATIVE FACTS**

20. In Spring of 2016, Decedent and her fiancé, Andrew Stroud, purchased Groupon certificates to obtain training, instruction, and ultimately certification as recreational SCUBA divers from Defendant BEACH CITIES.

21. Defendant BEACH CITIES owns and operates a number of dive shops throughout Orange County.

22. Defendant BEACH CITIES utilizes a vessel known as the *M/V RIVIERA* (fictitiously sued herein as DOE 3) to conduct dive courses and training for its recreational SCUBA students. The *M/V RIVIERA*, while associated with Defendant BEACH CITIES, is owned by DOE 2 (Defendant RIVIERA CHARTERS, LLC).

23. On or about August 24, 2016, Decedent and Stroud began their instruction with Defendant BEACH CITIES, which consisted of a single classroom session, a confined water (pool) session, and a total of four open water dives offshore on consecutive days in September, 2016.

///